**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

WALTER LICHTENBERG,

    Plaintiff,

vs.                                    CASE NO. 8:14-CIV-1696-T-EAK-MAP

SECRETARY OF THE NAVY
(RAY MABUS),

    Defendant.

_____/

## ORDER GRANTING MOTION TO DISMISS

This cause is before the Court on the Defendant's motion to dismiss (Doc. 8). The Court gave the Plaintiff up to and including February 13, 2015, to show cause why the motion should not be granted and the Plaintiff filed a one page response which fails to address any of the issues raised in the motion to dismiss, it does attack the signature on the motion (Doc. 10). The Court has considered the motion and the response as filed and finds the motion to be well-taken and it is cited herein with approval. There is no private right of action under 18 U.S.C. § 1001 and the Plaintiff has failed to allege a waiver of sovereign immunity as required for pursuing an action under 18 U.S.C. § 1961, *et seq*. The Plaintiff has failed to oppose the arguments of the Defendant. Accordingly, it is

**ORDERED** that be motion to dismiss (Doc. 8) **granted** and the Clerk of Court is directed to close this case and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 20th day of February, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record